# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TUBE CITY IMS, LLC, a Delaware limited liability company,

**Plaintiff(s),**

v.

SEVERSTAL US HOLDINGS, LLC, et al.

Civil NO: 5:12-cv-00031

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Jessica A. Frogge, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: September 5, 2014

/s/ Frederick P. Stamp, Jr.
United States District Judge